AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Brenda Yadira GAMEZ-Castaneda

**CRIMINAL COMPLAINT**

Case Number: M-19-2023-M

IAE   YOB: 1978
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 24, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Alamo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) HSI Special Agent following facts:

Brenda Yadira GAMEZ-Castaneda was encountered by HSI Special Agents near Alamo, Texas on August 24, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States at an unknown date at an unknow time. Record checks revealed the defendant was formally deported/excluded from the United States on May 16, 2011 through San Luis, Arizona. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on August 25, 2019.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/ Fatima B. Alkhatib
Signature of Complainant

August 25, 2019 — 4:40 p.m.

Fatima B. Alkhatib    HSI Special Agent

Juan F. Alanis    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer